**Order entered August 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00611-CV

**PANDA POWER GENERATION INFRASTRUCTURE FUND, LLC, D/B/A/ PANDA POWER FUNDS, ET AL., Appellants**

**V.**

**ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-16-0401**

## ORDER

Appellee's motion to reset oral argument is **GRANTED**. The Clerk of the Court is **DIRECTED** to remove this case from the September 17, 2019 submission docket. The case will be reset for submission in due course.

/s/     LANA MYERS
         JUSTICE